IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ANA BOWYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-1552 (TSE/JFA) |
| ) | |
| THE MOSAIC TILE COMPANY ) | |
| OF VIRGINIA, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ana Bowyer and Defendant Mosaic Tile Company of Virginia, Inc, by and through their undersigned counsel, hereby stipulate that the above-styled action, including any and all claims raised in such action, be dismissed, in its entirety, with prejudice, with each party to bear its own costs and fees.

Dated: April 21, 2021

Ana Bowyer
By Counsel

/s/Nicholas Hantzes
Nicholas H. Hantzes (VSB# 23967)
HANTZES & ASSOCIATES
1749 Old Meadow Road, Suite 308
McLean, VA 22102
Tel.: (703) 378-5000
Fax: (703) 448-4434
nhantzes@hantzeslaw.com
*Counsel for Plaintiff*

Mosaic Tile Company of Virginia
By Counsel

/s/ Michael Barnsback
Michael E. Barnsback (VSB# 33113)
O'HAGAN MEYER.
2560 Huntington Avenue, Suite 204
Alexandria, VA, 22303
Tel: 703.775.8601
Fax: 804.403.7110
mbarnsback@ohaganmeyer.com
*Counsel for Defendant*

So ORDERED

April 21, 2021

/s/ JFA
John F. Anderson
United States Magistrate Judge